■ KENFORD COMPANY, INC., et al., Appellants, v COUNTY OF ERIE et al., Respondents. — Order unanimously affirmed, without costs. Memorandum: On review of the entire record, we find no abuse of discretion in the court's denial of the motion under CPLR 510 (subd 2). We have considered plaintiffs' constitutional and other arguments and find them to be without merit. (Appeal from order of Supreme Court, Erie County, Fudeman, J. — change of venue.) Present — Hancock, Jr., J. P., Doerr, Boomer, O'Donnell and Schnepp, JJ. (Order entered Oct. 28, 1983.)

■ BUFFALO FORGE COMPANY, Respondent, v FRONTIER BRONZE CORPORATION et al., Appellants. — Order unanimously affirmed, with costs, on the decision at Special Term, Wolf, J. (Appeal from order of Supreme Court, Erie County, Wolf, J. — dismiss complaint.) Present — Dillon, P. J., Callahan, Doerr, Denman and Moule, JJ.

■ VIRGINIA CARDWELL et al., as Trustees of the CARDWELL-RYAN TRUST, Appellants, v SOCONY MOBIL OIL COMPANY, INC., Respondent. — Order unanimously affirmed, without costs, for reasons stated at Special Term, Lynch, J. (Appeal from order of Supreme Court, Onondaga County, Lynch, J. — summary judgment.) Present: Hancock, Jr., J. P., Doerr, Green, O'Donnell and Moule, JJ.

■ FREDERICK F. PORDUM, Appellant, v JOHN J. SUFFOLETTA et al., Respondents. — Order unanimously affirmed, without costs. Memorandum: We take judicial notice that pursuant to our prior decision, petitioner would be ineligible to assume the office which he seeks (see *Ernewein v Pordum,* 96 AD2d 1014). In any event, we concur with Special Term that the Board of Elections properly rejected petitioner's nominating petition. (Appeal from order of Supreme Court, Erie County, Francis, J. — Election Law, § 16-102.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Moule, JJ. (Order entered Oct. 26, 1983.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAAMAN JACKSON, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J. — attempted robbery, first degree.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.